PER CURIAM.
 

 Walter Transport Corporation appeals a final order dismissing with prejudice all counts directed to appellees Palm Tran, Inc., and Palm Beach County. On appeal, Walter Transport relies heavily on
 
 Technicable Video Systems, Inc. v. Americable of Greater Miami, Ltd.,
 
 479 So.2d 810 (Fla. 3d DCA 1985), which we deem distinguishable. The contract in that case did not have a provision stating that the intent of the parties was not to benefit third parties. Therefore, that contract had an unrebutted presumption that the parties intended to confer a benefit on the minority business enterprise. Here, in contrast, the main contract made clear that the parties
 
 did not
 
 intend to benefit any third party, and the subcontract between the County and Walter Transport reaffirmed this intent, thereby rebutting any presumption that the parties to the main contract intended to confer any benefit on Walter Transport.
 

 Affirmed.
 

 GROSS, C.J., WARNER and LEVINE, JJ., concur.